# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.: 20-cv-60811-GAYLES/STRAUSS

**THE ESTATE OF**
**SAMUEL I. ROIG,** *et al.***,**

    Plaintiffs,

v.

**UNITED PARCEL SERVICE, INC.,** *et al.***,**

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Remand (the "Motion") [ECF No. 10]. The Motion was referred to Magistrate Judge Jared M. Strauss, pursuant to 28 U.S.C. § 636(b)(1)(B) and the Magistrate Rules of the Local Rules for the Southern District of Florida. [ECF No. 25]. On September 30, 2020, Judge Strauss issued his report recommending that the Motion be denied (the "Report") [ECF No. 35]. Plaintiffs filed timely objections to the Report [ECF Nos. 40, 41], and Defendants filed a response to Plaintiffs' objections [ECF No. 44]. For the reasons that follow, the Court adopts the Report in full and denies Plaintiffs' Motion.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, *1276* (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having conducted a *de novo* review of the Report and the record, agrees with Judge Strauss's well-reasoned analysis and recommendation that the Motion should be denied. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation [ECF No. 35] is **ADOPTED in FULL** and

2) Plaintiff's Motion for Remand [ECF No. 10] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of November, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE